People v Casas (2024 NY Slip Op 05903)

People v Casas

2024 NY Slip Op 05903

Decided on November 26, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 26, 2024

Before: Renwick, P.J., Moulton, Friedman, Kapnick, Kennedy, JJ. 

Ind. No. 71633/22 Appeal No. 3115 Case No. 2022-05191 

[*1]The People of the State of New York, Respondent,
v
Lazarus Casas, Defendant-Appellant.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Victorien Wu of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Nathan Morgante of counsel), for respondent.

Judgment, Supreme Court, New York County (Robert M. Mandelbaum, J., at motion; Neil Ross, J., at plea and sentencing), rendered November 7, 2022, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him to a term of 3½ years to be followed by 2½ years of postrelease supervision, unanimously affirmed.
We find that on the present record, defendant has not established that his prosecution and conviction are unconstitutional under New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1 [2022]), or that he would be entitled to vacatur of his
conviction on that basis (see People v Daniels, 224 AD3d 554 [1st Dept 2024], lv denied 41 NY3d 982 [2024]; People v Seigniuos, 222 AD3d 413 [1st Dept 2023], lv denied 40 NY3d 1094 [2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 26, 2024